Gondephe, P.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BENNY SALGADO,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT, DETECTIVE RICARDO BOCACHICA
(SHILED #919),

                                    Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14- CV-1048 (PGG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

CONWAY C. MARTINDALE II
*Attorney for Plaintiff*
Martindale & Associates, PLLC
380 Lexington Avenue, 17th Floor
New York, NY 10168
(212) 405-2233

By: _____
Conway C. Martindale II
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, NY 10007
(212) 356-2245

By: _____
Duane Blackman
*Senior Counsel*

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

Feb. 18, 2015

Dated: New York, New York
January 23, 2015

2